

## Saiber
ATTORNEYS AT LAW

**Arnold B. Calmann**
(973) 645-4828
abc@saiber.com

February 14, 2014

**BY ECF AND ELECTRONIC MAIL**

The Honorable Douglas E. Arpert
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *The Medicines Company v. Dr. Reddy's Laboratories, Inc., et al.*
     Civil Action No. 3:11-cv-02456 (PGS) (DEA) (consolidated)

Dear Judge Arpert:

We, along with our co-counsel, Frommer Lawrence & Haug LLP, represent plaintiff The Medicines Company in the above matter. We write on behalf of The Medicines Company and the Sun defendants ("parties"). Further to the Court's February 5, 2014 instructions, the parties have met and conferred and have agreed on an end date for the proposed stay of the parties' litigation. The parties are in the process of drafting a stipulation and proposed order for the Court's consideration, to be submitted by February 28.

We trust that this is acceptable to Your Honor. We thank the Court for its continued assistance and cooperation in this matter.

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF and electronic mail)